**ROBERT J. ROSATI**, #112006
Attorney at Law
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:     (559) 256-9800
Facsimile:      (559) 256-9799
rosatilaw@aol.com

Attorney for Plaintiff, GARY DOTY

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DOTY,<br><br>           Plaintiff,<br>v.<br><br>ROBERT BOSCH CORPORATION GROUP<br>LONG TERM DISABILITY PLAN<br><br>           Defendant. | Case No.: C 05-04529 MHP<br><br>**STIPULATION AND ORDER FOR<br>TRANSFER OF ACTION** |

### STIPULATION

It is hereby stipulated by and between Plaintiff Gary Doty and Defendant Robert Bosch Corporation Group Long Term Disability Plan, through their counsel of record that:

1. Good cause exists to transfer this action, pursuant to the provisions of 28 U.S.C. §1404(a) and/or 28 U.S.C. §1406(a), to the United States District Court for the Western District of Michigan;

2. Venue is proper in the United States District Court for the Western District of Michigan .

3. The action could have originally could have been brought in the United States District Court for the Western District of Michigan.

4. The United States District Court for the Western District of Michigan has subject matter jurisdiction over the action;

STIPULATION AND ORDER FOR TRANSFER OF ACTION
CASE NO.: C 05-04529 MHP

1

5. Defendant Robert Bosch Corporation Group Long Term Disability Plan does not contest in this action in that it is subject to personal jurisdiction in the United States District Court for the Western District of Michigan.

Dated: March 20, 2006

ROBERT J. ROSATI
Attorney for Plaintiff,
GARY DOTY

Dated: March 21, 2006

MICHAEL WESTHEIMER
SEDGWICK, DETERT, MORAN & ARNOLD
Attorney for Defendant,
ROBERT BOSCH CORPORATION GROUP LONG TERM DISABILITY PLAN

## ORDER

Good cause appearing pursuant to the stipulation of the parties this Court orders as follows:

1. This action be transferred to the United States District Court for the Western District of Michigan;

2. The Clerk of this Court is ordered to take all necessary and appropriate steps to effectuate the transfer;

3. Plaintiff shall pay all necessary or required fees to effectuate the transfer.

Date: March 22, 2006

MARILYN HALL PATEL
United States District Judge



IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND ORDER FOR TRANSFER OF ACTION
CASE NO.: C 05-04529 MHP

2